United States Bankruptcy Court
Eastern District of New York

In re:  
Yvette C Hoyer  
     Debtor

Case No. 19-44368-nhl  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0207-1     User: mcuzzo     Page 1 of 1     Date Rcvd: Oct 01, 2019  
                                Form ID: 778     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.  
db            +Yvette C Hoyer,    361 Vernon Avenue,    Brooklyn, NY 11206-7579

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2019 at the address(es) listed below:  
         Alan  Smikun    on behalf of Creditor    GUSTAVIA HOME, LLC alansm@nyfclaw.com,  amelia@nyfclaw.com  
         Marianne  DeRosa    Derosa@ch13mdr.com, mderosa13@ecf.epiqsystems.com  
         Nicole  DiStasio    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to NYBKCourt@logs.com  
         Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov  
                                                                                                TOTAL: 4

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Yvette C Hoyer** | Social Security number or ITIN **xxx–xx–5672** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN  _ _ _ _ |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of New York** | Date case filed for chapter **13   7/18/19** |
| Case number:   **1–19–44368–nhl** | |

# NOTICE OF PROPOSED DISMISSAL

## NOTICE TO DEBTOR

**NOTICE IS HEREBY GIVEN THAT:**

Filing fee of $310.00 must be paid in order for the debtor to receive a discharge of debts.

There is a balance due of $210.00.

If the filing fee is not paid within ten (10) days of this notice of delinquency, a hearing to dismiss the petition will be scheduled.

Please enclose a money order payable to "CLERK, U.S. BANKRUPTCY COURT".

Dated: October 1, 2019

Robert A. Gavin, Jr., Clerk of Court

**blmich2–2**[Notice of Proposed Dismissal]