UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re: _Yvette C. Hoyer_                              Chapter _13_

                                                      Case No. _1-19-44368_

           Debtor(s)
-------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

_361 Vernon Avenue, Brooklyn, N.Y. 11206_
*[Identify the Property]*

_# 4635_
*[Loan Number]*

_Gustavia Homes LLC,_
_Servicing Corporation   P.O. Box, 660820. Dallas, Tx 75266-08_
*[Creditor's Name and Address]*

## SIGNATURE

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: _Yvette C. Hoyer_       Date: _10/16_          , 20 _19_

Print Name: _Yvette C. Hoyer_
*[First and Last Name]*

Telephone Number: _(347) 996-6883_
*[i.e. 999-999-9999]*

E-mail Address [if any]: _ST.PHILSSP@gmail.com_

RECEIVED - BROOKLYN
EASTERN DISTRICT OF NEW YORK
U.S. BANKRUPTCY COURT
CLERK

OCT 16 2019 AM 11:58

RECEIVED - BROOKLYN
ERN DISTRICT OF NEW YORK
U.S. BANKRUPTCY COURT
CLERK