UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re: Yvette C. Hoyer

Chapter 13

Case No. 1-19-44368

Debtor(s)
--------------------------------------------------------X

**LOSS MITIGATION REQUEST - BY DEBTOR**

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to ***[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]***:

361 Vernon Avenue, Brooklyn, N.Y. 11206
***[Identify the Property]***

#3451
***[Loan Number]***

Mr. Cooper / 8950 Cypress Waters Blvd, Coppell, Tx 75019
***[Creditor's Name and Address]***

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: Yvette Hoyer Date: 10/16/19, 2019

Print Name: Yvette C. Hoyer
***[First and Last Name]***

Telephone Number: (347) 996-6883
***[i.e. 999-999-9999]***

E-mail Address [if any]: SHAPAULOS.SP@gmail.com