UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Yvette C. Hoyer

Case No. 1-19-44368

Chapter 13

Debtor.
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on __October 16, 2019__, a copy of
(Date of Service/Mailing)

__Loss Mitigation Request__,
(Title of Document(s) served)

was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*: __See Attached__

Dated: 10/16/2019

Signature: *Yvette Hoyer*
Print name: Yvette Hoyer
Address: 361 Vernon Avenue
Phone: 347 996-6883
Email: St.PAULS.SP@gmail.com

[Stamp: CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK 2019 OCT 16 P 1:00 RECEIVED]

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

COPPELL, TX 75019

| | |
|---|---|
| Certified Mail Fee $3.50 | |
| Extra Services & Fees (check box, add fee as appropriate) | $2.80 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.55 | |
| Total Postage and Fees $6.85 | |

Postmark Here OCT 16 2019

Sent To: Mr. Cooper
Street and Apt. No., or PO Box No.: 8950 Cypress Waters Blvd
City, State, ZIP+4®: Coppell, TX 75019

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7019 0700 0000 1354 5800

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

DALLAS, TX 75266

| | |
|---|---|
| Certified Mail Fee $3.50 | |
| Extra Services & Fees (check box, add fee as appropriate) | $2.80 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | $0.00 |
| Postage $0.55 | |
| Total Postage and Fees $6.85 | |

Postmark Here OCT 16 2019

Sent To: Gustavia Homes LLC / Servicing Corp
Street and Apt. No., or PO Box No.: P.O. Box 660820
City, State, ZIP+4®: Dallas, TX 75266-

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7019 0700 0000 1354 5527