

| | BLACKMAN & MELVILLE, P.C | |
|---|---|---|
| Nigel E. Blackman, Esq.<br>Admitted in NY | **Main Office:**<br>11 Broadway, Suite 615, New York, NY 10004<br>Tel:(718)576-1646, 770-222-8240. Fax:(718)228-8795, (718)865-8357<br>**Mailing Address:**<br>1557 Buford Dr., #491930<br>Lawrenceville, GA 30049<br>Email: inquiry@bmlawonline.com | Denise A. Melville-Blackman, Esq.<br>Admitted in NY & GA |

June 9th, 2020.

Hon. Nancy Hershey Lord
U.S. Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

**In Re: Yvette Hoyer**
**Bankruptcy Chapter 7**
**Case No: 19-44368-nhl**

Dear Judge Lord,

    Please be advised that this office represents the debtor in the above captioned case. Please allow this document to serve as the Debtor's status report on the present loss mitigation proceedings regarding this case.

    This office has informed the debtor of the Trial Modification offered by the creditor concerning Loss Mitigation through. However, due to changed circumstances, the debtor has indicated that the modification payment requirements are now going to be too high as the Debtor and the contributor have lost their employment, and not sure of the status of any rehiring due to the pandemic.

    We are therefore herein requesting permission for the court and creditor to entertain a short sale of the property in lieu of a Modification.

Yours Respectfully,

*Sheryn Vangenderen*

Sheryn Vangenderen LLB

Legal Case Manager