UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

                                                   Case No.: 19-44368-NHL

YVETTE C HOYER,                      Chapter 7

                         Debtor(s).
----------------------------------------------------------X

## ORDER DENYING THE DEBTOR'S REQUEST FOR LOSS MITIGATION AND SUSTAINING THE OBJECTION FILED BY NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

Upon the request filed by Yvette C. Hoyer (the "Debtor") on October 16, 2019, for Loss Mitigation (Docket No. 33) with respect to the Debtor's property located at 361 Vernon Avenue, Brooklyn, NY 11206, Loan No.# 3451; and upon the objection filed by Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF1 (the "Movant") on October 30, 2019; and hearings having been held on December 5, 2019,  January 22, 2020, March 5, 2020, May 6, 2020, June 10, 2020, and July 23, 2020; and Barbara Dunleavy (Counsel to Nationstar Mortgage LLC), Alan Smikun (Counsel to Gustavia Home LLC), and Nigel E. Blackman (Counsel to Debtor) having appeared at the July 23, 2020 hearing; and the Court, having considered the evidence presented and the arguments of the parties and with good cause; and upon the *Notice of Settlement of Proposed Order* (Docket No. 62); it is hereby:

        **ORDERED** that the Objection to Loss Mitigation submitted on behalf of Movant is sustained the Debtor's request for Loss Mitigation is denied



**Dated: August 29, 2020**
      **Brooklyn, New York**

                                                                                           **Nancy Hershey Lord**
                                                                                    **United States Bankruptcy Judge**